1  BARRY J. PORTMAN
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant YI
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-11-319 SI
                                    )
12              Plaintiff,          )   [PROPOSED] ORDER OF RELEASE
                                    )
13      v.                          )
                                    )
14 SANGHUN YI, a.k.a. SANG HOON LEE,)
                                    )
15              Defendant.          )
                                    )
16

17      The Court having sentenced defendant Sanghun Yi, a.k.a. Sang Hoon Lee, to time-served

18 hereby ORDERS that he be released from U.S. Marshal custody forthwith.

19

20 DATED: 5/10/11                        _____
                                         THE HONORABLE SUSAN ILLSTON
21                                       UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26